Case 1:20-cr-00315-JAP   Document 50   Filed 09/18/20   Page 1 of 2

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 1 8 2020

MITCHELL R. ELFERS
CLERK /mn

September 16, 2020

**United States**
V.
**Shaun M. Anaya** 20cr 315 JP
USDC NM No. 00315-Jap

To: **The Honorable James Aubrey Parker**

From: **Shaun Anaya (defendant) U.S.M.S.#10315151**
P.O. Box 837
Estancia, N.M. 87016

Your Honor:

I am writing this letter in regards to my recent difficulties I've undertaken in connection with the attorney representing me in my case in the above case number. These difficulties I speak of are of great importance to my disposition in this above matter, and it appears that my attorney Christin Kennedy has died while in the process of representing me. I have contacted her office and I have been directed to contact the discplinary board that handles attorney's trusts accounts. I have reached out to the attorney Erlinda Johnson for a consultation, and she has agreed to represent me in the above matter, but I currently don't have the funding to hire her on my own due to all my money being invested in Ms. Christin Kennedy, and I am asking the court to apiont Erlinda Johnson to my case, or adequate counsel to Kennedy's level of expertise. I feel it would be inappriopriate to appoint any Federal Public Defender to my case. As I have exhausted all my financial means to hire the experiance of Ms. Christin Kennedy. I was told by the law firm of Paul Kennedy who is Christin Kennedy's fathers firm to attempt to petition your Honorable court prior to proceeding through the discplinary board in Santa Fe due to my attorney not having an appointted attorney representing her estate at the time of her death.
In closing I would humbly respect that this Honorable Court please apoint Erlinda Johnson as my new counsel. Thank you for your time and consideration into this matter.


Respectfully Submitted,


Shaun Anaya, (Defendant)

Shaun M. Anaya
Federal # 10315151
T.C.D.F
PO Box 837
Estancia, NM 87016

ALBUQUERQUE NM 870
17 SEP 2020 PM 2 L

87102-227299

District Court Clerk
333 Lomas Blvd. NW
Albuquerque, NM 87102